UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TONY-LAMAR: CARD,

            Plaintiff,

   v.

KING COUNTY SUPERIOR COURT, et al.,

           Defendants.

CASE NO. 2:23-cv-01343-JCC

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1).  The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to plaintiff and to the assigned District Judge.

DATED this 30th day of August, 2023.

                                             BRIAN A. TSUCHIDA
                                             United States Magistrate Judge